IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD HARSHBARGER,<br><br>    Plaintiff,<br><br>vs.<br><br>NEMO GARDEN VALLY,<br><br>    Defendant. | 8:21CV41<br><br>MEMORANDUM<br>AND ORDER |

  This matter is before the court on its own motion. On March 11, 2021, the court ordered (Filing 7) Plaintiff to apprise the court of his current address because a prior Order (Filing 5) granting Plaintiff's Motion for Leave to Proceed was returned as undeliverable. (Filing 6.) The court cautioned Plaintiff that failure to update his address by March 31, 2021, would result in dismissal of his claims without further notice. On March 29, 2021, such Memorandum and Order was returned to the court as undeliverable, with the envelope marked, "RETURN TO SENDER UNCLAIMED UNABLE TO FORWARD." (Filing 8 at CM/ECF p. 2.)

  IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant are dismissed without prejudice, and judgment shall be entered by separate document.

  DATED this 31st day of March, 2021.

              BY THE COURT:

              *Richard G. Kopf*
              Richard G. Kopf
              Senior United States District Judge